UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DONALD LECASTRE,<br>            Plaintiff,<br><br>   v.<br><br>NCO FINANCIAL SYSTEMS, INC.,<br>            Defendant | )<br>)<br>)<br>)<br>) **Case No.: 2:13-cv-1359-JS**<br>)<br>)<br>)<br>)<br>) |

STIPULATION TO DISMISS

TO THE CLERK:

Pursuant to Rule 41(a)(1)(A)(ii), counsel for all parties hereto stipulate to the dismissal with prejudice and without cost to either party.


| */s/ Ross S. Enders* | */s/ Craig Thor Kimmel* |
|---|---|
| Ross S. Enders, Esquire | Craig Thor Kimmel, Esquire |
| Attorney ID # 89840 | Attorney ID # 57100 |
| Sessions, Fishman, Nathan & Israel, LLC | Kimmel & Silverman, P.C. |
| 2303 Oxfordshire Road | 30 E. Butler Pike |
| Furlong, PA 18925 | Ambler, PA 19002 |
| Phone: (215) 794-7207 | Phone: (215) 540-8888 |
| Fax: (215) 794-5079 | Facsimile: (877) 788-2864 |
| Email: rsenders@sessions-law.biz | Email: kimmel@creditlaw.com |
| Attorney for the Defendant | Attorney for the Plaintiff |
| Date: September 25, 2013 | Date: September 25, 2013 |

BY THE COURT:

_____
                                                            J.