UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DONALD LECASTRE,<br>    Plaintiff,<br><br>v.<br><br>NCO FINANCIAL SYSTEMS, INC.,<br>    Defendant | )<br>)<br>)<br>)<br>) Case No.: 2:13-cv-1359-JS<br>)<br>)<br>)<br>)<br>)<br>) |

FILED
SEP 25 2013
MICHAEL E. ...
By_____

### STIPULATION TO DISMISS

TO THE CLERK:

Pursuant to Rule 41(a)(1)(A)(ii), counsel for all parties hereto stipulate to the dismissal with prejudice and without cost to either party.

/s/ Ross S. Enders
Ross S. Enders, Esquire
Attorney ID # 89840
Sessions, Fishman, Nathan & Israel, LLC
2303 Oxfordshire Road
Furlong, PA 18925
Phone: (215) 794-7207
Fax: (215) 794-5079
Email: rsenders@sessions-law.biz
Attorney for the Defendant

Date: September 25, 2013

/s/ Craig Thor Kimmel
Craig Thor Kimmel, Esquire
Attorney ID # 57100
Kimmel & Silverman, P.C.
30 E. Butler Pike
Ambler, PA 19002
Phone: (215) 540-8888
Facsimile: (877) 788-2864
Email: kimmel@creditlaw.com
Attorney for the Plaintiff

Date: September 25, 2013

BY THE COURT:

_____ J.